UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY L. CARMOUCHE | CIVIL ACTION |
| VERSUS | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | NO. 18-492-SDD-RLB |

## ORDER

On this date, the Court considered the parties' Joint Motion to Transfer. After considering the Motion and the arguments of the parties contained the Motion, and with consent of the district judge, the Motion (R. Doc. 6) is be **GRANTED**. Accordingly,

**IT IS ORDERED** that this case is hereby transferred to the Lafayette Division of the United States District Court for the Western District of Louisiana.

Signed in Baton Rouge, Louisiana, on June 7, 2018.

　　　　　　　　　　　　　　　　**RICHARD L. BOURGEOIS, JR.**
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**